# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-CR-131-LRH (VPC) |
| GUSTAVO ISAIZ-SAUCEDO, | ) ) | |
| Defendant. | ) ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 10, 2012, defendant GUSTAVO ISAIZ-SAUCEDO pled guilty to Count One of a Fourteen-Count Second Superseding Criminal Indictment charging him with Conspiracy to Possess with Intent to Distribute and to Distribute 100 Grams and More of Heroin, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and 846. Second Superseding Indictment, ECF No. 98; Minutes of Proceedings, ECF No. 138; Plea Agreement, ECF No. 142.

This Court finds defendant GUSTAVO ISAIZ-SAUCEDO agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Second Superseding Criminal Indictment. Second Superseding Indictment, ECF No. 98; Minutes of Proceedings, ECF No. 138; Plea Agreement, ECF No. 142.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Second

. . .

Superseding Criminal Indictment and the offense to which defendant GUSTAVO ISAIZ-SAUCEDO pled guilty.

The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section 853:

    1. United States Currency in the amount of $20,649.00 seized on November 17, 2011, from the premises located at 1495 Auburn Way, Reno, Nevada, as part of the execution of a federal search warrant for that premises ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GUSTAVO ISAIZ-SAUCEDO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 26th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE